UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00365-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GUSTAVO BARELA-HOTOF, a/k/a Gustavo Roblero, a/k/a Lopez Gustavo Roblero, a/k/a Alberto Gutierrez, a/k/a Alberto Zamora, a/k/a Juan Carlos Penagos, a/k/a Zacarias Robledo, a/k/a Gustavo Cifuentes, a/k/a Edgar Salazar,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant's Motion to Withdraw Defendant's Request for Variance in Guideline Sentence (Doc. 24), [ECF No. 29], filed March 8, 2012, is **GRANTED.** Accordingly, Defendant's motion entitled Further Grounds for Request For Variance In Guideline Sentence Pursuant to 18 U.S.C. § 3553(a) [ECF No. 24], filed February 14, 2012 is **WITHDRAWN.**

    Dated: March 9, 2012.